==================================================================
This memorandum is uncorrected and subject to revision before
publication in the New York Reports.
------------------------------------------------------------------
No. 194
The People &c.,
                Respondent,
            v.
Derrick Hill,
                Appellant.


            Jonathan Garelick, for appellant.
            Philip Morrow, for respondent.


MEMORANDUM:

            The order of the Appellate Division should be reversed
and a new trial ordered.

            Absent "unusual circumstances," evidence of a
defendant's silence at the time of arrest is generally

- 1 -

inadmissible under common-law evidentiary principles (<u>People v Conyers</u>, 52 NY2d 454, 459 [1981]).  And the use for impeachment purposes of a defendant's silence after receiving <u>Miranda</u> warnings has been deemed impermissible as a matter of due process (<u>see</u> <u>Doyle v Ohio</u>, 426 US 610, 619 [1976]).  Under the circumstances presented, we conclude that defendant did not open the door to evidence of his post-<u>Miranda</u> silence and, therefore, Supreme Court erred in permitting its introduction at trial.  Nor can the error be viewed as harmless in this case.

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

Order reversed and a new trial ordered, in a memorandum.  Chief Judge Lippman and Judges Graffeo, Read, Smith, Pigott and Rivera concur.  Judge Abdus-Salaam took no part.

Decided November 18, 2014